IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEROY MCDOWELL )<br>Defendant. ) | Criminal No. 06-40005<br><br>VIO: Title 18, United States Code,<br>Section 13; 625 ILCS 5/6-303 (a) |

INFORMATION

FILED
FEB 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

On or about JANUARY 11, 2006, in the Central District of Illinois, the defendant,

LEROY MCDOWELL

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while his privileges to operate a motor vehicle were suspended in Iowa, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 (a) and in violation of Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443

1